# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JULIANNE RODRIGUEZ,**

    **Plaintiff,**

**v.**                                          **Case No: 6:15-cv-1088-Orl-28GJK**

**CREDIT PROTECTION ASSOCIATION, L.P.,**

    **Defendant.**

## ORDER OF DISMISSAL

The Court has been advised by the Defendant that the above-styled action has been settled. (Notice of Pending Settlement, Doc. 22).

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this case is hereby **DISMISSED** subject to the right of any party, within sixty days from the date of this Order, to move the Court for entry of a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida, on April 18, 2016.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record